ORIGINAL

James Bopp, Jr., Ind. No. 2838-84*
jboppjr@aol.com
Randy Elf, N. Y. No. 2863553*
relf@bopplaw.com
Joe La Rue, Ohio No. 80643*
jlarue@bopplaw.com
BOPP, COLESON & BOSTROM
1 South Sixth Street
Terre Haute, Ind. 47803
Telephone (812) 232-2434
Facsimile (812) 235-3685
*Lead Counsel for Plaintiffs**

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 27 2010

at 1 o'clock and 52 min. P M.
SUE BEITIA, CLERK

* Pro hac vice application made August 27, 2010.

James Hochberg
Hawaii No. 3686
JAMES HOCHBERG,
ATTORNEY AT LAW
Topa Financial Center
Suite 1450, Fort Street Tower
745 Fort Street Mall
Honolulu, Hawaii 96813
Telephone (808) 534-1514
Facsimile (808) 538-3075
jim@JamesHochbergLaw.com
*Local Counsel for Plaintiffs*

CV10 00497 JMS LEK

**In the United States District Court for the District of Hawaii**

| | |
|---|---|
| **Jimmy Yamada,** Russell Stewart, and A-1 A-Lectrician, Inc.,<br><br>*Plaintiffs,* | |
| *v.* | Civil Action No. ____ |
| **Paul Kuramoto,** in his official capacity as chair and member of the Hawaii Campaign Spending Commission; Steven Olbrich, in his official capacity as vice chair and member of the Hawaii Campaign Spending Commission; Gino Gabrio, Dean Robb, and Michael Weaver, in their official capacities as members of the Hawaii Campaign Spending Commission,<br><br>*Defendants* | **Plaintiffs' Motion to Consolidate the Preliminary Injunction Hearing with the Trial on the Merits**<br><br>**Oral Argument Requested**<br><br>**Estimated Time Needed: 1 Hour** |

# Plaintiffs' Motion to Consolidate

Plaintiffs Jimmy Yamada, Russell Stewart, and A-1 A-Lectrician, Inc. ("A-1-A"), respectfully move to consolidate the hearing on their Motion for Preliminary Injunction with a trial on the merits pursuant to Rule 65(a)(2) of the Federal Rules of Civil Procedure. As more fully articulated in their supporting memorandum, Plaintiffs support their motion as follows:

1. There are no issues of material fact;

2. Consolidation is necessary to avoid repetition of testimony and evidence at the trial;

3. The nature of the issues involved requires that final determination be expedited; and

4. Consolidation serves valuable public policy considerations.

WHEREFORE, Plaintiffs respectfully move this Court to grant their Motion to Consolidate.

August 27, 2010

Respectfully submitted,

James Hochberg
Hawaii No. 3686
JAMES HOCHBERG,
ATTORNEY AT LAW
Topa Financial Center
Suite 1450, Fort Street Tower
745 Fort Street Mall
Honolulu, Hawaii 96813
Telephone (808) 534-1514
Facsimile (808) 538-3075
jim@JamesHochbergLaw.com
*Local Counsel for Plaintiffs*
*Jimmy Yamada,*
*Russell Stewart, and*
*A-1 A-Lectrician, Inc.*

James Bopp, Jr.,*
Ind. No. 2838-84
jboppjr@aol.com
Randy Elf,*
N. Y. No. 2863553
relf@bopplaw.com
Joe La Rue,*
Ohio No. 80643
jlarue@bopplaw.com
BOPP, COLESON & BOSTROM
1 South Sixth Street
Terre Haute, Ind. 47803
Telephone (812) 232-2434
Facsimile (812) 235-3685
*Lead Counsel for Plaintiffs*
*Jimmy Yamada,*
*Russell Stewart, and*
*A-1 A-Lectrician, Inc.*

* Not yet admitted to practice in this Court. Pro hac vice application made August 27, 2010.